JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336/Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN MANGANELLO, <br><br> Defendant. | Case No.: 2:22-mj-710-DJA <br><br> **ORDER TO CLOSE CASE** |

    IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, and CHIP SIEGEL, counsel for the defendant RYAN MANGANELLO, that the above-captioned matter be closed.

    This Stipulation is entered into based upon the following:

    1.    On or about February 1, 2023, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to the amended Count One of the Complaint, Reckless Driving, in violation of 36 C.F.R. § 4.2 and NRS 484B.653. *See* ECF No. 8.

    2.    The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a mandatory $10 penalty assessment; (ii) attend and complete 10 Narcotics Annonymous

classes; (iii) not return to Lake Mead National Recreation Area for a period of six months; and (iv) not violate any local, state, or federal laws.

3. On February 1, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 8.

4. Since commending his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

5. As such, the parties jointly request that the above-captioned matter be closed.

DATED this 29th day of August, 2023.

Respectfully submitted,<br>
JASON M. FRIERSON<br>
United States Attorney

| /s/ Chip Siegel | /s/ Imani Dixon |
|---|---|
| CHIP SIEGEL, ESQ. | IMANI L. DIXON, ESQ. |
| Attorney for Defendant | Assistant United States Attorney |
| **RYAN MANGANELLO** | |

UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RYAN MANGANELLO, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 2:22-mj-710-DJA <br><br> **ORDER TO CLOSE THE CASE** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant RYAN MANGANELLO has successfully completed the conditions of his sentencing.

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.
Status check hearing set for 9/1/23 is VACATED.

DATED this __30th__ day of August, 2023

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3